No. 97–9464. WILLIAMS *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 97–9465. BRABSON *v.* TENNESSEE; DAVIS *v.* TENNESSEE; and WILLIAMSON *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 97–9466. LAGOYE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 97–9467. JORDAN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 97–9468. MCDONNELL, AKA JUSTICE *v.* CLINTON, PRESIDENT OF THE UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 97–9469. LANCASTER *v.* GRIFFIN ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–9470. OWENS *v.* LUNGREN, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied. 

No. 97–9471. SOTO-CERVANTES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 97–9472. ROGERS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 97–9473. ALEGRE *v.* CALIFORNIA. Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 97–9474. CLAREY *v.* GREGG, UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied. 

No. 97–9476. ASBURY *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 97–9477. MICKEY *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied. 

No. 97–9478. LAZO-ORTIZ, AKA LAZA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.